

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 09−51629
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Remedios Deguzman Pagdanganan
113 Leonard St
Mooresville, NC 28115
Social Security No.: xxx−xx−7531

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Voluntary Petition Under Chapter 13 filed in the above referenced case on 11/08/2009 as document # 1 is defective for the reason(s) marked below:

   Amended Voluntary Petition is needed to correct joint debtor's field.

**PLEASE TAKE NOTICE** that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: November 9, 2009                                                                 David E. Weich
                                                                                        Clerk of Court

Electronically filed and signed (11/9/09)